# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ARTURO SALOMON PEREZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCC-LOMPOC LOW II,<br><br>Respondent. | Case No. 1:24-cv-01087-EPG-HC<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

Petitioner Oscar Arturo Salomon Perez is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

For federal prisoners, "petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court." Hernandez v. Campbell, 204 F.3d 861, 864 (9th Cir. 2000). Here, Petitioner requests the Court to order the Federal Bureau of Prisons to apply the First Step Act credits Petitioner has earned through various programs. Petitioner is currently incarcerated at the United States Penitentiary in Lompoc, California. (ECF No. 1 at 1.) As Petitioner is challenging the execution of his sentence, the petition must be heard in the custodial court, which is the Central District of California. Therefore, this action will be transferred. See 28 U.S.C. § 1631 (allowing transfer to cure want of jurisdiction).

///

1

1    Accordingly, IT IS HEREBY ORDERED that this action is TRANSFERRED to the
2 United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:   **September 16, 2024**                /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE

2